United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re: Sheba D. Muharib

**Debtor(s)**

Case No.: 25–35959

Chapter: 13

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 12/30/25

MARVIN ISGUR
United States Bankruptcy Judge